IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIE CURRY JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:16-CV-99-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On February 17, 2016, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 2.) In the Recommendation, the Magistrate Judge found that this is the second petition Johnson has filed under 28 U.S.C. § 2255 attacking his convictions and sentence in Criminal Case No. 3:08cr138-MEF. Johnson failed to acquire the requisite certification from the Eleventh Circuit authorizing this court to consider a successive § 2255 petition. Accordingly, this court lacks jurisdiction to consider the merits of the instant motion.

Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 2) is ADOPTED and this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 17th day of March, 2016.

                                        /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE